1 | MARC N. BERNSTEIN (SBN 145837)
    RONALD P. FLYNN (SBN 184186)
2 | THE BERNSTEIN LAW GROUP
    One Embarcadero Center, Suite 2440
3 | San Francisco, CA 94111
    Telephone: (415) 765-6633; Facsimile: (415) 283-4804
4 | Email Address: mbernstein@blgrp.com

5 | Attorneys for Defendant,
    Electronic Imaging Systems of America, Inc.

FILED
NOV 1 0 2005
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SHOOM, INC. | Case No. C 05 3434 MJJ |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME FOR DEFENDANT ELECTRONIC IMAGING SYSTEMS OF AMERICA, INC. TO RESPOND TO THE COMPLAINT** |
| vs. | |
| ELECTRONIC IMAGING SYSTEMS OF AMERICA, INC., and JOHN METSIG, AN INDIVIDUAL | |
| Defendants. | |

1  Plaintiff Shoom, Inc. and defendant Electronic Imaging Systems of America,
2  Inc. (eISA) stipulate through their counsel that eISA has an additional two weeks,
3  from November 7 to November 21, 2005, within which to answer or otherwise
4  respond to the complaint in this matter.

DATED: November 10, 2005         THE BERNSTEIN LAW GROUP

                                 By:  /S/
                                      Marc N. Bernstein

                                 Attorneys for Defendant
                                 ELECTRONIC IMAGING SYSTEMS
                                 OF AMERICA, INC.

DATED: November 10, 2005         ALLMAN & NIELSEN
                                 A Professional Corporation

                                 By: _____
                                     Steven A. Nielsen

                                 Attorneys for Plaintiff
                                 SHOOM, INC.

Stipulation to Extend Time to Respond to Complaint
Case No. C 05 3434 MJJ

1

1 | Plaintiff Shoom, Inc. and defendant Electronic Imaging Systems of America,
2 | Inc. (eISA) stipulate through their counsel that eISA has an additional two weeks,
3 | from November 7 to November 21, 2005, within which to answer or otherwise
4 | respond to the complaint in this matter.

5

6 | DATED: November 10, 2005                THE BERNSTEIN LAW GROUP

7 |                                         By: _____
                                                Marc N. Bernstein
8
                                          Attorneys for Defendant
9                                         ELECTRONIC IMAGING SYSTEMS
                                          OF AMERICA, INC.
10

11 | DATED: November 10, 2005               ALLMAN & NIELSEN
                                          A Professional Corporation
12
                                          By: /s/ Steven A. Nielsen
13                                              Steven A. Nielsen
14
                                          Attorneys for Plaintiff
15                                        SHOOM, INC.

16

17

18                                              IT IS SO ORDERED

19

20                                              /s/ Martin J. Jenkins
                                                MARTIN J. JENKINS
21                                              UNITED STATES DISTRICT JUDGE
                                                11/10/2005
22                                              _____
                                                      DATE
23

24

25

26

27

Stipulation to Extend Time to Respond to Complaint
Case No. C 05 3434 MJJ

1