**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SHOOM INC.,                           No. C05-03434 MJJ

12          Plaintiff,                     **ORDER RE STIPULATION FOR**
                                           **LIMITED DISCOVERY AND**
13     v.                                  **DEFENDANT'S MOTION TO DISMISS**

14   ELECTRONIC IMAGING SYSTEM,

15          Defendant.
     _____/

16

17          On January 9, 2006, the parties filed a Stipulation and Proposed Order re Limited Discovery,

18   Briefing Schedule, Hearing Date, and CMC Date (Doc. #22).  The Court has considered the parties'

19   request and rules as follows:

20          Defendant's pending Motion to Dismiss (Doc. #19) is **STRICKEN** and the hearing set for

21   January 31, 2006, is **VACATED**.

22          The Court **GRANTS** the parties' request for limited discovery on the issue of subject matter

23   jurisdiction.  The parties shall complete all discovery on this issue by **February 17, 2006**.  Pursuant to

24   the parties Proposed Stipulation, Plaintiff shall respond to documents requests, interrogatories, and

25   requests for admission within two weeks of service.

26          The deadline for Defendant to file a Motion to Dismiss (or an Answer to Plaintiff's First

27   Amended Complaint) is set for **March 1, 2006**.[1]  Plaintiff's Opposition shall be due on **March 15, 2006**,

28   and Defendant's Reply shall be due on **March 22, 2006**.

_____

[1]Defendant shall notice any motion for hearing on April 4, 2006.

1         The Case Management Conference set for March 7, 2006, is **VACATED** and will be re-set by

2    the Court.

3    **IT IS SO ORDERED.**

4

5

6    Dated: 1/10/06                                                     

7                                          MARTIN J. JENKINS
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California