IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shoom, Inc., | No. CV 05-v-03434 MJJ |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Electronic Imaging Systems of America, Inc., | |
| Defendant. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

This case is **dismissed.**

Dated:	6/29/2006	Richard W. Wieking, Clerk

By: *Monica Tutson*
Monica Tutson, Deputy Clerk